## BERRI v. PATCH, TAX COLLECTOR.

Ritter v. Patch, Tax Collector, (*ante* p. 299) affirmed.

APPEAL from the Fourth District, County of San Francisco.

This was a bill to restrain the defendant from the collection of the

State and county tax assessed upon the property of the plaintiff, upon the ground of the illegality of the assessment.    The facts are the same as those in the case of Ritter v. Patch, Tax Collector, (*ante* p. 299). Plaintiff had judgment in the Court below, and defendant appealed.

*Shafter, Park & Heydenfelt and Tracy* for Appellant.

*Janes, Lake & Boyd* for Respondent.

BALDWIN, J., delivered the opinion of the Court—FIELD, J., concurring.

The judgment in this case—the principle being the same as that in the case of Ritter v. Patch—is reversed, and bill dismissed, on the authority of that case.